SCOTT N. JOHNSON (SBN 166952)
DISABLED ACCESS PREVENTS INJURY, INC.
5150 Fair Oaks Boulevard., Suite 101
PMB #253
Carmichael, California 95608
Telephone: (916) 485-3516
Facsimile: (916) 481-4224

Attorney for Plaintiff
SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SULTON HAMEED, Individually and d/b/a/ IHOP, ANN M. SMITH, Individually and as TRUSTEE OF THE ANN M. SMITH TRUST Dated AUGUST 15, 1991,<br><br>　　　　　Defendants. | Case No. 2:09-cv-00257-JAM-GGH<br><br>**ORDER OF DISMISSAL**<br>**[F.R.C.P. 41(a)]**<br><br>Trial Date:　　　　None<br>Complaint Filed:　January 29, 2009 |

　　　　As stipulated by and between the parties to this action through their designated counsel that ANN SMITH, individually and as trustee of the THE ANN M. SMITH TRUST is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

　　　　**IT IS HEREBY ORDERED**, that ANN SMITH, Individually and as trustee of the THE ANN M. SMITH TRUST be dismissed without prejudice as a party from the above-entitled action.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Dated: April 28, 2009　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　**UNITED STATES JUDGE JOHN A. MENDEZ**

1

PDF created with pdfFactory trial version www.pdffactory.com